UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
S&L VITAMINS, INC.,

        Plaintiff,

                                  ORDER ADOPTING REPORT &
                                RECOMMENDATION
        -against-          06-CV-1537(JS)(MLO)

SUPRE, INC.,

        Defendant.
----------------------------------------X

Appearances:

For Plaintiff:     David Stein, Esq.
                    Coleman Law Firm
                    The Empire Corporate Center
                    25 Philips Parkway
                    Montvale, NJ 07645

                    Ronald D. Coleman, Esq.
                    Bragar Wexler & Eagel, P.C.
                    885 Third Avenue, Suite 3040
                    New York, NY 10022

For Defendant:     No Appearance

SEYBERT, District Judge:

       Upon review of the Report and Recommendation ("Report") of Magistrate Judge Michael L. Orenstein issued August 6, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

       Magistrate Judge Orenstein's Report and Recommendation provided that any objections were to be filed with the Clerk of the Court within 15 days of the date of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that the Complaint be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure. The Clerk of the Court is directed to mark this matter closed.

SO ORDERED.

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
August  23 , 2007